NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000404
24-DEC-2015
10:27 AM

CAAP-13-0000404

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee,
v.
SCHUYLER G. DeCAIRES, Defendant-Appellant.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR NO. 51238)

ORDER OF AMENDMENT
(By: Nakamura, Chief Judge, and Leonard and Reifurth, JJ.)

The Memorandum Opinion of the court, filed on November 30, 2015, is hereby amended as follows:

On page 8, in lines 2, 9, and 11 of the second paragraph, the references to "HRS § 844D-123" should be replaced with "HRS § 844D-126."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, December 24, 2015.

Chief Judge

Associate Judge

Associate Judge